MICHAEL J. GROBATY, SBN 126140
mgrobaty@grobatypitet.com
CHRISTOPHER L. PITET, SBN 196861
cpitet@grobatypitet.com
SHANNON R. WOLF, SBN 226828
swolf@grobatypitet.com
JACQUELINE A. TURNER, SBN 258796
jturner@grobatypitet.com
GROBATY & PITET LLP
100 Bayview Circle, Suite 210
Newport Beach, California 92660
Telephone: (949) 502-7755
Facsimile: (949) 502-7762

Attorneys for Defendants
FORENSIC CASE MANAGEMENT
SERVICES, INC., SPECIALIZED
RECOVERY, INC., COMMERCIAL
RECEIVABLES, INC., DAVID M.
HYNES II, JAMES HYNES; HEATHER
TRUE; FRANK E. LINDSTROM, JR;
and LORENA QUIROZ-HYNES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>FORENSIC CASE MANAGEMENT SERVICES, INC. d/b/a Commercial Investigations, Inc., FCMS, Inc., Commercial Recovery Solutions, Inc., and Rumson, Bolling & Associates, a California corporation; SPECIALIZED RECOVERY, INC. d/b/a Joseph, Steven & Associates and Specialized Debt Recovery, a California corporation; COMMERCIAL RECEIVABLES ACQUISITION, INC. d/b/a Commercial Recovery Authority, Inc. and The Forwarding | CASE NO. LACV11-7484 RGK (SSx)<br><br>HON. R. GARY KLAUSNER<br><br>[~~PROPOSED~~] ORDER GRANTING RELIEF FROM ASSET FREEZE WITH RESPECT TO INDIVIDUAL DEFENDANTS<br><br>Complaint Filed: 09/12/2011 |

Grobaty & Pitet, LLP

Company, a California corporation; DAVID M. HYNES II a/k/a David M. Hynes, Jr.; JAMES HYNES; KEVIN MEDLEY; HEATHER TRUE; FRANK E. LINDSTROM, JR; and LORENA QUIROZ-HYNES a/k/a Lorena Quiroz and Lorena Hynes,

Defendants.

The Court having reviewed and considered the Stipulation Re Limited Relief from Asset Freeze With Respect To Individual Defendants, and GOOD CAUSE appearing,

**IT IS ORDERED** that the asset freeze provisions of the Preliminary Injunction issued by the Court in this matter on September 27, 2011 are deemed modified in the following respect:

(1) The Court orders the release of $8,800 (eight thousand eight hundred dollars) for Defendants David and Lorena Hynes (hereinafter collectively "Defendants Hynes") combined living expenses through November 30, 2011, provided that, to the extent that Defendants Hynes' monthly income increases or budgeted living expenses decrease, counsel for Defendants Hynes shall immediately notify counsel for the FTC, with the equivalent amount to be deposited to frozen Comerica account number xxxxxx7712.

To effectuate this release of assets, the Court orders Comerica to unfreeze bank account number xxxxxx6979 in the name of David Hynes (with a current balance of $7,268) and to transfer $1,532 from Comerica bank account number xxxxxx7712 to bank account number xxxxxx6979. Bank account number xxxxxx7712 shall otherwise remain subject to the asset freeze.

The Court further orders that Defendants Hynes will be permitted to sell the 2010 Chevrolet Camaro in the name of David M. Hynes, Jr. Trust with an estimated value of $20,000 to $25,000 (the "Camaro") bearing registration number 6NJS555 in order to fully satisfy their lease obligations to BMW Financial and Ally Financial.[1]  Before consummating a sale, Defendants Hynes will provide counsel for the FTC with documentation regarding the proposed sale of the Camaro.  No sale shall be finalized without prior approval from counsel for the FTC.  Following the sale of the Camaro, the proceeds will be deposited directly to the client trust account of Grobaty & Pitet LLP and shall be used solely for the purpose of satisfying the aforementioned lease obligations. Defendants Hynes will have 15 business days to (1) determine with his counsel and the lessors the least expensive means of satisfying the lease obligations and (2) provide proof that the proceeds from the Camaro sale were used to fully satisfy the aforementioned lease obligations in the least expensive manner possible.

To the extent that the sale value of the Camaro exceeds the combined lease liability (a "Surplus"), this Court allows the Surplus to be used toward Defendants Hynes' combined living expenses for December 1-31, 2011. If the Surplus exceeds $4,400, any amount greater than $4,400 shall be used toward their combined living expenses for January 1 – 31, 2011.

---

[1] Defendants Hynes currently have two car leases, one with BMW Financial and the other with Ally Financial.  The lease payment on the BMW is $2,111 and the lease payment on the Cadillac, which is with Ally, is $1,016, for a monthly expense of $3,127.  The BMW lease expires in May 2012 and the Cadillac lease expires in November 2012.  Defendants Hynes intend to cancel their lease agreements and return both cars to the lessors to reduce monthly expenses; however, doing so will likely cause Defendants Hynes to incur costs and penalties in excess of $25,000 which they would be unable to pay absent the release of assets.

Grobaty & Pitet, LLP

[PROPOSED] ORDER GRANTING RELIEF FROM ASSET FREEZE WITH RESPECT TO INDIVIDUAL DEFENDANTS

(2) The Court orders the release of $6,000 (six thousand dollars) to cover living expenses for Frank Lindstrom's household through December 31, 2011. To effectuate this release, the Court orders Citibank to unfreeze account number xxxxxxx3613 (with a current balance of $35,607.15) in the name of Defendant Lindstrom and his wife Ashley Lindstrom, and to transfer $29,607.15 to Citibank account number xxxxxxx4327, which shall otherwise remain subject to the asset freeze. To the extent that Defendant Lindstrom and Ashley Lindstrom's joint income increases or budgeted living expenses decrease from the amounts in Defendant Lindstrom's prior sworn statements, counsel for Defendant Lindstrom shall immediately notify counsel for the FTC, with the equivalent amount to be deposited to frozen Citibank account number xxxxxxx4327.

(3) The Court orders Chase Bank to unfreeze account number xxxxxx6346 (with a current balance of approximately $200) in the name of Heather True so that she may use such funds for living expenses.

DATE: October 13, 2011

_____
HONORABLE GARY KLAUSNER UNITED STATES DISTRICT COURT JUDGE

Grobaty & Pitet, LLP

[PROPOSED] ORDER GRANTING RELIEF FROM ASSET FREEZE WITH RESPECT TO INDIVIDUAL DEFENDANTS