WILLARD K. TOM
General Counsel
CHRISTOPHER T. KOEGEL
SEENA D. GRESSIN, CA Bar No. 163368 (inactive)
REBECCA M. UNRUH
ckoegel@ftc.gov; sgressin@ftc.gov; runruh@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W., NJ-3158
Washington, DC  20580
P: (202) 326-3224; F: (202) 326-3768

RAYMOND E. McKOWN, CA Bar No. 150975
rmckown@ftc.gov
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, CA  90024
P: (310) 824-4343; F: (310) 824-4380

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>FORENSIC CASE MANAGEMENT SERVICES, INC., et al.,<br><br>    Defendants. | No.: LACV11-7484-RGK (SSx)<br><br>HON. R. GARY KLAUSNER<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND THE TIME TO RESPOND TO THE INITIAL COMPLAINT** |

# **DENIED**
## BY ORDER OF THE COURT

Grobaty & Pitet, LLP

**(PROPOSED) ORDER APPROVING STIPULATION TO EXTEND THE TIME TO RESPOND TO THE INITIAL COMPLAINT**

The Court, having reviewed and considered the Stipulation Extending the Time to Respond to the Initial Complaint,

~~IT IS ORDERED that the Stipulation is approved and that the time for Defendants to respond to Plaintiff's complaint is extended for an additional 30 days until December 7, 2011.~~

The stipulation is DENIED. The Court finds that no good cause was shown.

IT IS SO ORDERED.

November 9, 2011 _____
HONORABLE GARY KLAUSNER
United States District Judge

---

**(PROPOSED) ORDER APPROVING STIPULATION TO EXTEND THE TIME TO RESPOND TO THE INITIAL COMPAINT**

Grobaty & Pitet, LLP