WILLARD K. TOM
General Counsel
CHRISTOPHER T. KOEGEL
SEENA D. GRESSIN, CA Bar No. 163368 (inactive)
REBECCA M. UNRUH
ckoegel@ftc.gov; sgressin@ftc.gov; runruh@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W., NJ-3158
Washington, DC  20580
P: (202) 326-3224; F: (202) 326-3768

RAYMOND E. McKOWN, CA Bar No. 150975
rmckown@ftc.gov
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, CA  90024
P: (310) 824-4343; F: (310) 824-4380

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FORENSIC CASE MANAGEMENT SERVICES, INC., et al.,<br><br>Defendants. | No.: LACV11-7484-RGK (SSx)<br><br>[~~PROPOSED~~] ORDER GRANTING LIMITED RELIEF FROM ASSET FREEZE WITH RESPECT TO DEFENDANT KEVIN MEDLEY |

The Court, having reviewed and considered the Amended Stipulation for Limited Relief from the Asset Freeze With Respect to Defendant Kevin Medley, and good cause appearing,

IT IS ORDERED that the asset freeze provisions of the Preliminary Injunction issued in this matter on September 27, 2011 be modified as follows for the purpose of releasing funds to pay living expenses and attorney's fees for defendant Kevin Medley and liquidating assets and preserving value during the pendency of this action.

IT IS FURTHER ORDERED that Lockheed Federal Credit Union ("LFCU") account xxxx8500 in the name of Kevin Medley shall be released from the asset freeze, which account currently has an approximate balance of $25.00.

IT IS FURTHER ORDERED that defendant Medley shall sell his 2003 Porsche Carrera (the "Porsche"), with an estimated value of $25,000 to $30,000, and an estimated loan obligation of $16,950, and sell his 2001 Harley-Davidson FLSTF motorcycle (the "Harley"), with an estimated value of $7,900 and an estimated loan obligation of $2,012, as follows:

(1) Within four (4) weeks of the date of this Order, defendant Medley shall provide counsel for the FTC with written good faith offers, from viable third-party buyers, to purchase each vehicle. Any vehicle sale must be approved by counsel for the FTC before the sale is consummated. Such consent shall not be unreasonably withheld.

(2) Within five (5) business days after obtaining consent from counsel for the FTC for each proposed vehicle sale, defendant Medley shall consummate each sale under the terms set forth in the good faith offer and distribute the proceeds of each sale as set forth below.

(3) With respect to the sale of the Porsche, defendant Medley shall:

(a) Fully satisfy his motor vehicle loan obligation to Lockheed Federal Credit Union.

(b) Deposit seventy percent (70%) of the remaining proceeds of the Porsche sale directly to JP Morgan Chase account number xxxxxx1820 in the name of Kevin Medley, which account shall otherwise remain subject to the asset freeze.

(c) Use the remaining thirty percent (30%) of the proceeds for living expenses through at least December 31, 2011 and for attorney's fees.

   (d) Within two (2) business days following the Porsche sale, provide to counsel for the FTC documentation confirming the sale, the satisfaction in full of the LFCU loan, and the deposit of 70% of the remaining sale proceeds to the aforementioned JP Morgan Chase account.

 (4) With respect to the sale of the Harley, defendant Medley shall:

   (a) Fully satisfy his motor vehicle loan obligation to Eaglemark Savings Bank of Carson City, Nevada ("ESB").

   (b) Deposit one-hundred percent (100%) of the remaining proceeds of the Harley sale directly to JP Morgan Chase account number xxxxxx1820 in the name of Kevin Medley, which account shall otherwise remain subject to the asset freeze.

   (c) Within two (2) business days following the Harley sale, provide to counsel for the FTC documentation confirming the sale, the satisfaction in full of the ESB loan, and the deposit of 100% of the remaining sale proceeds to the aforementioned JP Morgan Chase account.

IT IS SO ORDERED.

Dated: November 28, 2011  _____

            HONORABLE GARY KLAUSNER
            United States District Judge