WILLARD K. TOM
General Counsel
CHRISTOPHER T. KOEGEL
SEENA D. GRESSIN, CA Bar No. 163368 (inactive)
REBECCA M. UNRUH
ckoegel@ftc.gov; sgressin@ftc.gov; runruh@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W., NJ-3158
Washington, DC  20580
P: (202) 326-3224; F: (202) 326-3768

RAYMOND E. McKOWN, CA Bar No. 150975
rmckown@ftc.gov
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, CA  90024
P: (310) 824-4343; F: (310) 824-4380

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Kevin Medley
ultrazero@roadrunner.com
14702 Dickens Street, Apt. 10
Sherman Oaks, CA  91403-3624
P: (818) 224-8509

Defendant, appearing *pro se*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>FORENSIC CASE MANAGEMENT SERVICES, INC., et al.,<br><br>  Defendants. | No.: LACV11-7484-RGK (SSx)<br><br>**ORDER DENYING JOINT STIPULATION REQUESTING A 120-DAY CONTINUANCE OF ALL FILING AND SERVICE DEADLINES WITH RESPECT TO DEFENDANT KEVIN MEDLEY** |

~~The Court, having reviewed and considered the Joint Stipulation Requesting a 120-day Continuance of All Filing and Service Deadlines with Respect to Defendant Kevin Medley ("Stipulation"), and good cause appearing,~~

~~IT IS THEREFORE ORDERED that~~

~~(1) The filing and service deadline for defendant Medley's answer to the Complaint shall be continued 120 days from the presently scheduled date of November 7, 2011, to March 6, 2012;~~

~~(2) The filing and service deadlines with respect to defendant Medley's obligations under Fed. R. Civ. P. 26(f) be continued for 120 days from the presently scheduled dates of November 28, 2011 for the conference, to March 27, 2012; and from December 12, 2011 for the submission to the Court of the conference report, to April 10, 2012.~~

~~(3) Any other filing and service deadlines with respect to defendant Medley also shall be continued for 120 days; and~~

~~(4) When the Commission concludes its consideration of the proposed settlement with defendant Medley, counsel for the FTC shall advise the Court as soon as possible so that the Court may modify the continuance and the schedule as it pertains to defendant Medley as necessary and appropriate.~~

IT IS SO ORDERED.

Dated: December 2, 2011

*/s/ Gary Klausner*

Hon. Gary Klausner
United States District Judge